**Daniel J. MILLER, Jr., Plaintiff–Appellant,**

v.

**CITY OF LOS ANGELES, Defendant–Appellee,**

and

**Los Angeles Department of Water and Power; City of Los Angeles Board of Civil Service Commissioners; Gene Coufal; Daniel Raftevold; Michael Daughtry; Denise McGorrin, Defendants.**

No. 09–55752.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 11, 2010.

Filed Sept. 24, 2010.

David Peter Cwiklo, Law Offices of David Peter Cwiklo, APC, Woodland Hills, CA, for Plaintiff–Appellant.

Lisa S. Berger, Robin O'Sullivan, Los Angeles City Attorney's Office, Los Angeles, CA, for Defendant–Appellee.

Before: TROTT and W. FLETCHER, Circuit Judges, and MAHAN,* District Judge.

## MEMORANDUM **

Daniel Miller appeals the district court's granting of a 12(b)(6) motion to dismiss his employment-related retaliation and discrimination claims brought under 42 U.S.C. §§ 1981, 1983. We affirm.

The district court properly dismissed Miller's complaint because all claims in it are claim-precluded by the state court proceedings under 28 U.S.C. § 1738. Miller's complaint in a California Superior Court contained all of the claims now asserted in federal court. The California Court of Appeal affirmed the Superior Court's decision, and the California Supreme Court denied review. Those claims are now precluded in federal court.

**AFFIRMED.**

---

* The Honorable James C. Mahan, United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.